An official website of the United States government
Here's how you know

UNITED STATES DEPARTMENT of JUSTICE

# FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 1039676

# Success!

## Your FOIA request has been created and is being sent to the Department of the Navy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

### Contact the agency

FOIA Requester Service Center

202-685-0412

usn.ncr.dns.mbx.don-foia-pa@us.navy.mil

Christopher Julka, FOIA Public Liaison

703-697-0031

christopher.a.julka@navy.mil

Chief of Naval Operations, DNS-36
2000 Navy Pentagon
Washington, DC 20350-2000

usn.ncr.dns.mbx.don-foia-pa@us.navy.mil

# Request summary

Request submitted on**January 26, 2024**.

The confirmation ID for your request is **1039676**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Timothy Parlatore

**Mailing address**

260 Madison Avenue, 17th Floor
Annandale, VA 22003
United States

**Phone number**

2126796312

**Company/organization**

Parlatore Law Group, LLP

**Email**

timothy.parlatore@parlatorelawgroup.com

## Your request

See attached letter.

## Additional information

Rowden FOIA-Signed.pdf

## Fees

**What type of requester are you?**

other

**Fee waiver**
yes

**Fee waiver justification**
Disclosure of the requested information to me is necessary to represent my client and is not for commercial interest.

**The amount of money you're willing to pay in fees, if any**
500

---

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
We request expedited processing as the information is necessary to potentially supplement a BCNR appeal currently pending before ASN M&RA, as well as to evaluate potential litigation options.

FOIA.gov

CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit CC3.0

- FREQUENTLY ASKED QUESTIONS
- DEVELOPER RESOURCES
- AGENCY API SPEC
- FOIA CONTACT DOWNLOAD
- FOIA DATASET DOWNLOAD
- ACCESSIBILITY
- PRIVACY POLICY
- POLICIES & DISCLAIMERS
- JUSTICE.GOV
- USA.GOV

PARLATORE LAW GROUP

**Timothy C. Parlatore, Esq.**
Managing Partner
timothy.parlatore@parlatorelawgroup.com
Direct: 212-679-6312

January 25, 2024

Secretary of the Navy
C/O Navy FOIA
1000 Navy Pentagon
Washington, DC 20350-1200

*Re: Freedom of Information Act Request*

To Whom It May Concern:

I represent Vice Admiral (VADM) Thomas Rowden (ret) and am submitting this request, pursuant to the Freedom of Information Act and Privacy Act.

**Background**

While I recognize that FOIA requests do not ordinarily contain explanations, given the unique circumstances of this matter, I felt that a background discussion would assist you in making determinations of any documents to withhold, to avoid litigation over the invocation of privileges.

The records requested relate to the actions of former Secretary of the Navy Richard Spencer's decision to reduce my client in rank from Vice Admiral to Rear Admiral as part of the retirement grade determination process.

Unrelated to the issues involving my client, Richard Spencer was terminated from his position as Secretary of the Navy due to his dishonest efforts to rig an administrative hearing process in order to ensure a pre-determined result. Moreover, he dishonestly circumvented the chain-of-command and failed to inform former Secretary of Defense (SECDEF) Mark Esper regarding his actions. This background is important because Mr. Spencer took a shockingly similar tactic of rigging VADM Rowden's retirement grade determination in order to ensure a predetermined outcome. Additionally, his actions were taken to circumvent the Secretary of Defense's authority as the appropriate legal authority to make the decision on these issues.

According to witnesses, former SECNAV Spencer openly stated in early December 2017, that he needed someone to be held accountable for the high profile collision cases. He decided to take action against VADM Rowden by selectively determining his retirement grade would be Rear Admiral (upperhalf) instead of the grade Vice Admiral. SECNAV Spencer did not take similar action against those that actually were more


Doc ID: 1d14d884c9080d8dcf4ed204fc466fd3c29b3c3f

accountable for the identified causes of the collisions. This admission was made in front of multiple witnesses, including other flag officers, at the Capital just prior to a scheduled meeting with Senator Josh Hawley. This pronouncement came approximately one month before the Consolidated Disposition Authority issued any findings about VADM Rowden's conduct.

Pursuant to DODI1320.04, only the SECDEF can reduce the rank of a 3- or 4-star. To circumvent this requirement and usurp the Secretary of Defense's authority, former SECNAV Spencer chose to sit on the package for over 60-days, after which time VADM Rowden reverted to Read Admiral (upper half). In doing so, former SECNAV Spencer circumvented the Secretary of Defense to misappropriate SECDEF's authority to rule on VADM Rowden's package as required.

There are many reasons why former SECNAV Spencer's decision was arbitrary and capricious, which will be addressed in a separate forum. However, for purposes of this FOIA request, the first step is to determine when exactly former SECNAV Spencer decided to reduce VADM Rowden's rank. Fixing the exact date is important because there can be no credible claim of a deliberative process exemption[1] post-decision. The date of the early December meeting with Sen. Hawley is the earliest that we have evidence of his decision, but I believe former SECNAV Spencer may have notes or communications[2] that indicate that he made the decision earlier.

**Requests**

I request that a copy of the following documents [or documents containing the following information] be provided:

**Determining the Date of Decision:**

1. Any and all calendars, memos, communications or other documents regarding any meetings between SECNAV Spencer and Sen. Josh Hawley from November 1, 2017 through January 31, 2018.

2. Any and all memos, communications or other documents regarding any meetings with professional staff of the Senate Armed Services Committees from November 1, 2017 through January 31, 2018 dealing with the collision cases of the USS JOHN S. MCCAIN (DDG 56) and USS FITZGERALD (DDG 62) (collectively, "the Collisions") and actions taken against VADM Rowden.

3. Any and all memos, communications, emails, text messages, or other documents from June 17, 2017 through March 19, 2018 evidencing SECNAV Spencer's intent to retire VADM Rowden at a lower rank.

---

[1] My client does not concede that the deliberative process privilege properly exempts disclosure under FOIA for earlier communications, but hopes that we can at least narrow the issues so he can make a decision as to whether litigation would be worthwhile for earlier documents.

[2] I am aware, from my representation of an unrelated client that former SECNAV Spencer was surprisingly undisciplined by admitting in his communications intent to rig proceedings.

**Pre-Decisional (date range for all is from June 17, 2017 through the date of decision, as demonstrated by the above requests):**

4. Any and all materials, investigative files, witness statements, analysis, or other materials provided to SECNAV Spencer to aid in his decision including, but not limited to:

    a. Reports on the collisions of the USS McCain and USS Fitzgerald
    b. Information about VADM Rowden's involvement in or responsibility for those collisions.

5. Any and all memos, communications, emails, text messages, or other documents regarding any potential discipline or Retirement Grade Determination for VADM Rowden.

**Post-Decisional (date range for all is from the date of decision through May 21, 2018)**

6. Any and all materials, investigative files, witness statements, analysis, or other materials provided to SECNAV Spencer to aid in his decision including, but not limited to:

    a. Reports on the collisions of the USS McCain and USS Fitzgerald
    b. Information about VADM Rowden's involvement in or responsibility for those collisions.

7. Any and all memos, communications, emails, text messages, or other documents regarding any potential discipline or Retirement Grade Determination for VADM Rowden. This includes, but is not limited to:
    a. Communications with OJAG[3] to justify SECNAV Spencer's pre-determined outcome.
    b. Communications with the Consolidated Disposition Authority, both in the preparation of the initial recommendation, as well as to request and discuss a revised recommendation after the first failed to support SECNAV Spencer's pre-determined outcome.
    c. Communications with Department of the Navy personnel regarding VADM Rowden and particularly the decision to usurp SECDEF's authority for retirement grade determination of a 3-star.
    d. Communications with the Office of the Secretary of Defense regarding VADM Rowden and particularly the decision to usurp SECDEF's authority for retirement grade determination of a 3-star.
    e. Communications with the Chief of Legislative Affairs, Chief of Naval Operations, Vice Chief of Naval Operations, and Navy Chief of

[3] The Judge Advocate General at the time was James W. Crawford III, who retired under a cloud after being found by the military courts to have unlawfully interfered to influence court proceedings.

Information, professional Congressional/Senate Staff, members of Congress/Senate, and White House.

**Decisional Date Immaterial (from June 17, 2017 through November 24, 2019)**

8. Any and all memos, communications, emails, text messages, or other documents from or to SECNAV's Office regarding accountability for the Collisions. This includes, but is not limited to:
    a. The decision not to reduce the rank of the 7th Fleet Commander
    b. Any comparative analysis of responsibility between the 7th Fleet Commander and VADM Rowden.
    c. Communications to CNO, VCNO and others to widen the scope of accountability past the officers assigned to 7th Fleet.
    d. Communications with the Consolidated Disposition Authority on desired outcomes.

I request a waiver of all fees for this request. Disclosure of the requested information to me is necessary to represent my client and is not for commercial interest.

Thank you for your consideration of this request.

Respectfully submitted,

Timothy C. Parlatore, Esq.

I hereby authorize Timothy Parlatore of the Parlatore Law Group, LLP to receive all records related to the above referenced FOIA request on my behalf and waive any Privacy Act protections that would otherwise prohibit disclosure.

Respectfully submitted,

Thomas S Rowden

Thomas Rowden

01 / 26 / 2024

Dropbox Sign Audit trail

| | |
|---|---|
| **Title** | Rowden FOIA.pdf |
| **File name** | Rowden%20FOIA.pdf |
| **Document ID** | 1d14d8c4c9060d8dcf4ec204fc466fd3c29b3c3f |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **01 / 26 / 2024**<br>19:32:08 UTC | Sent for signature to Thomas Rowden (tsrowden@gmail.com)<br>from timothy.parlatore@parlatorelawgroup.com<br>IP: 108.28.192.133 |
| VIEWED | **01 / 26 / 2024**<br>20:39:25 UTC | Viewed by Thomas Rowden (tsrowden@gmail.com)<br>IP: 54.177.24.201 |
| SIGNED | **01 / 26 / 2024**<br>20:42:08 UTC | Signed by Thomas Rowden (tsrowden@gmail.com)<br>IP: 54.177.24.201 |
| COMPLETED | **01 / 26 / 2024**<br>20:42:08 UTC | The document has been completed. |